# UNITED STATES DISTRICT COURT

MIDDLE     District of     TENNESSEE

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| WILLIAM JASPER CHAFFIN | Case Number:     3:10-00252 |
| | USM Number:     20426-075 |
| | Mariah A. Wooten |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) One (1) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall participate in sex offender assessment and treatment, including, but not limited to, polygraph examinations recommended by the treatment provider and as directed by the U.S. Probation Office. The Defendant shall contribute to the cost based on the ability to pay as determined by the U.S. Probation Office. | 8/20/13 |
| 2 | Defendant shall not associate with children under the age of 18 nor frequent, volunteer, or work at places where children congregate (e.g., playgrounds, parks, malls, day-care centers or schools) unless approved by the U.S. Probation Office. | 6/7/13 |
| 3 | Defendant shall furnish all financial records, including, without limitation, earnings records and tax returns, to the U.S. Probation Office upon request. | 6/7/13 |

    The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) Two (2) and Three (3) and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.     6021

November 6, 2013
Date of Imposition of Judgment

Defendant's Year of Birth:     1962

/s/ Todd Campbell
Signature of Judge

City and State of Defendant's Residence:

Gallatin, Tennessee

Todd J. Campbell, United States District Judge
Name and Title of Judge

November 6, 2013
Date

DEFENDANT: WILLIAM JASPER CHAFFIN  Judgment — Page 2 of 2
CASE NUMBER: 3:10-00252

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  Five (5) months

Upon release from imprisonment, Defendant shall be on supervised release for nine (9) years, subject to the same conditions of supervision previously imposed in the Judgment (Docket No. 23) entered on July 27, 2011.

____ The Court makes the following recommendations to the Bureau of Prisons:

____ The Defendant is remanded to the custody of the United States Marshal.

__X__ The Defendant shall surrender to the United States Marshal for this District:

  __X__ at 2:00 p.m. on November 13, 2013

  ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  ____ before 2 p.m. on _____

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal