UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00252 |
| | ) | JUDGE CAMPBELL |
| WILLIAM JASPER CHAFFIN | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Permission To Provide Portions Of The Presentence Report To Third Party (Docket No. 67). Through the Motion, counsel for the Defendant requests permission to provide to two potential treatment providers the following sections of the Defendant's Presentence Investigation Report: (1) The Offense Conduct; (2) Defendant's Criminal History; and (3) Offender Characteristics. Counsel indicates that the portions will be returned in the event the Defendant is not accepted for treatment. The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE