# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

WILLIAM JASPER CHAFFIN

Case Number: 3:10-00252
USM Number: 20426-075

Mariah A. Wooten
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X  was found in violation of condition(s) __one (1)__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall participate in sex offender assessment and treatment, including, but not limited to, polygraph examinations recommended by the treatment provider and as directed by the U.S. Probation Office. The Defendant shall contribute to the cost based on the ability to pay as determined by the U.S. Probation Office. | 6/17/14 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __6021__

August 28, 2014
Date of Imposition of Judgment

Defendant's Year of Birth: __1962__

*Todd Campbell*
Signature of Judge

City and State of Defendant's Residence:
Gallatin, TN

Todd J. Campbell, United States District Judge
Name and Title of Judge

August 28, 2014
Date

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  eleven (11) months

No Supervised Release is imposed.

____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

    ____ at ____ p.m. on _____

    ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____ before 2 p.m. on _____

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal